# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:15-CV-049-DCK

| | |
|---|---|
| ISAAC HERRERA, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| GREYHOUND LINES, INC., and<br>JULIE CHARLTON. | )<br>)<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case. The parties have consented to Magistrate Judge Jurisdiction pursuant to 28 U.S.C. § 636(b). It appears that the parties were to complete mediation by September 23, 2015; however, no report has been filed.

**IT IS, THEREFORE, ORDERED** that the parties shall file, jointly if possible, a **Status Report** on or before **November 13, 2015**. In the alternative, the parties may file a Mediation Report from Thomas Hefferon, and/or a Stipulation of Dismissal, on or before **November 13, 2015**.

Signed: November 5, 2015

David C. Keesler
United States Magistrate Judge