IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:15-CV-049-DCK

| | |
|---|---|
| ISAAC HERRERA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| GREYHOUND LINES, INC. and ) | |
| JULIE CHARLTON ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Thomas J. Hefferon, filed a "Certification Of Mediation Session" (Document No. 23) notifying the Court that the parties reached a settlement on December 14, 2015. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **December 31, 2015**.

Signed: December 21, 2015

David C. Keesler
United States Magistrate Judge